IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CT-03190-M

| | |
|---|---|
| ALUCIORS WILLIAMS, Jr., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| DENISE JACKSON, et al., ) | |
| ) | |
| Defendants. ) | |

On June 17, 2022, plaintiff filed a complaint under 42 U.S.C. § 1983. [D.E. 1].

On February 13, 2023, the court: noted that the court's last mailing to plaintiff was returned as undeliverable, and that publicly available records reflect that plaintiff is not at his last known prison address, but that plaintiff failed to provide the court his new address within two weeks of his release as is required by Local Civil Rule 83.3; directed plaintiff to show good cause not later than February 24, 2023, why this case should not be dismissed without prejudice for failure to prosecute; and warned plaintiff that the court also would dismiss the action without prejudice for failure to prosecute if he failed to respond to this order in the time allotted. See Order [D.E. 31].

Because plaintiff failed to respond and the time to do so has passed, the court DISMISSES WITHOUT PREJUDICE the action for failure to prosecute. The clerk shall close the case.

SO ORDERED this 27th day of February, 2023.

RICHARD E. MYERS II
Chief United States District Judge